STATE OF LOUISIANA                              NO. 22-K-333

VERSUS                                          FIFTH CIRCUIT

JORDAN STREETY                                  COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

                        July 22, 2022

                     Susan Buchholz
                     First Deputy Clerk

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NGHANA LEWIS, DIVISION "B", NUMBER 18,60

---

Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and Hans J. Liljeberg

**WRIT GRANTED; REMANDED**

Relator, the State of Louisiana, seeks review of the trial court's ruling denying its proposed jury instruction regarding mandatory life sentences when the offender was a juvenile at the time of the alleged offense.

Upon review, we find the trial court erred in denying the State's proposed jury instruction. To inform the jury that if defendant is convicted of first degree rape "the sentence would be mandatory life" disregards La. R.S. 15:574.4 D and more importantly, Miller v. Alabama, 567 U.S. 460, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), in which the U.S. Supreme Court prohibited a life sentence without the possibility of parole for juvenile offenders. The trial court's instruction is therefore an incorrect statement of the law. *See* State v. Louding, 13-426 (La. App. 1 Cir. 04/24/13), 2013WL12125421 (unpublished writ disposition).

Accordingly, we grant the State's writ application, reverse the trial court's ruling denying the State's proposed jury instruction, and remand this matter for further proceedings.

Gretna, Louisiana, this 22nd day of July, 2022.

                              **SJW**
                              **RAC**
                              **HJL**

22-K-333

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/22/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-K-333**

**E-NOTIFIED**

40th District Court (Clerk)
Honorable Nghana Lewis (DISTRICT JUDGE)
J. Philip Prescott, Jr. (Relator)

Honorable Bridget A. Dinvaut (Relator)
Devin C. Jones (Respondent)
John T. Fuller (Respondent)

**MAILED**